IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. HERNANDEZ, JR.,

    Petitioner,                      No. 2:10-cv-1342 KJN P

    vs.

G.D. LEWIS, Warden,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel. On March 21, 2011, petitioner filed a document requesting the undersigned conduct all further proceedings herein, and appended a signed consent form. The Clerk of the Court is directed to detach the signed consent form (dkt. no. 26 at 4), separately docket petitioner's consent form, and add a consent flag to the court's docket.

        Petitioner also claims that counsel for respondent is delaying this action by submitting the March 8, 2011 consent from. Petitioner is advised that respondent's March 8, 2011 filing was appropriately filed in response to this court's February 14, 2011 order. Moreover, a responsive pleading is not due until April 14, 2011, pursuant to this court's February 14, 2011 order. (Dkt. No. 21.)

////

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2   detach the signed consent form appended to petitioner's March 21, 2011 filing (dkt. no. 26 at 4),
3   separately docket petitioner's consent form, and add a consent flag to the court's docket.
4   DATED: March 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hern1342.con