IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. HERNANDEZ, JR.,

    Petitioner,                              No. 2:10-cv-1342 GEB KJN P

    vs.

GREG D. LEWIS,

    Respondent.                             ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 25, 2011, petitioner filed a motion for default, based on respondent's alleged failure to file a reply. However, the Rules Governing Habeas Corpus Cases Under Section 2254 contemplate the filing of a petition, an answer, and a reply, if filed. Id., Rules 2 & 5. Petitioner filed a petition, respondent filed an answer, and petitioner filed a reply on June 24, 2011. No further pleadings are permitted. Id.

        IT IS ORDERED that petitioner's July 24, 2011 motion for default is denied.

DATED: August 5, 2011

                                                       KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

hern1342.def